# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** January 22, 2024 | **Time:** 10:00AM – 2:22PM | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-03499-RFL (KAW) | **Case Name:** Rampton v. Anthem Blue Cross Life and Health Ins. Co. | |

**Attorney for Plaintiff:** Azin Jalali
**Client Representative:** Cheryl Rampton (Plaintiff)
**Attorney for Defendant:** Jennifer Chung
**Client Representatives:** Brian Rowe (Anthem in-house counsel), Jack Wang (law clerk)

**Deputy Clerk:** Brenda Lopez          **Court Reporter:** Not Reported

## PROCEEDINGS

Settlement Conference held via Zoom. Settlement negotiations will continue via email.